438 A.2d 646

Covert, Appellant v. Covert.

Petition Granted for Remand, Nov. 20, 1981.

 Argued November 12, 1980. Frank J. Piatek, for appellant; Walter A. Kieler, submitted a brief on behalf of appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.